[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 7, 2010
JOHN LEY
ACTING CLERK

_____

No. 09-12890
Non-Argument Calendar

_____

D. C. Docket No. 04-14033-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR LYNDEN KNOWLES,
d.b.a. Lindy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 7, 2010)

Before TJOFLAT, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Jonathan Pinoli, appointed counsel for Oscar Lynden Knowles, has filed a

motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Knowles's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.